# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

TRACFONE WIRELESS, INC.,

    Plaintiff,

v.                                                              CASE NO. 2:10-cv-00552-KOB

ROGER WILSON et al.,

    Defendants.
_____/

## NOTICE OF APPEAL

Notice is given that Plaintiff TracFone Wireless, Inc. appeals to the United States Court of Appeals for the Eleventh Circuit this Court's final judgment dated July 30, 2010 and entered on the Court's docket on July 30, 2010 (DE 68). The Court's order is final because it dismisses the case for lack of jurisdiction. *See Deutsche Bank Nat'l Trust Co. v. Holyfield*, 309 Fed. App'x 331 (11th Cir. 2009) (recognizing appellate court's jurisdiction over order dismissing complaint without prejudice for lack of jurisdiction).

    Respectfully submitted,

    */s/ James B. Baldinger*
    James S. Williams
    James B. Baldinger
    *Attorneys for Defendant*

**OF COUNSEL**
**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35255-5727
Telephone: (205) 930-5100
Facsimile: (205) 930-5101

*--and--*

17327469.1

**CARLTON FIELDS, P.A.**
Steven J. Brodie (*admitted pro hac vice*)
Aaron Weiss (*admitted pro hac vice*)
100 S.E. 2d St., Suite 4200
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
James B. Baldinger (*admitted pro hac vice)*
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401-6350
Telephone: (561) 650-8026
Facsimile: (561) 659-7368

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on the 24th day of August, 2010, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel Kaufmann
Michael P. Huff
BRADLEY ARANT BOULT CUMMINGS, LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801-4900

                                                       */s/ James B. Baldinger*
                                                       Of Counsel